**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-1714**

QUAKER LANE, LP,

        Plaintiff - Appellee,

    v.

IVA ROBBINS; IVAN ROBBINS,

        Defendants - Appellants.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Leonie M. Brinkema, District Judge. (1:14-cv-00868-LMB-IDD)

Submitted: November 20, 2014    Decided: November 24, 2014

Before KING and KEENAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

Iva Robbins, Ivan Robbins, Appellants Pro Se. Crystal Dawn Whalen, OFFIT KURMAN, PA, Bethesda, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Defendants, Iva and Ivan Robbins, seek to appeal the district court's orders remanding the underlying unlawful detainer action to state court and denying their motion for reconsideration. Defendants have also filed an application to proceed in forma pauperis. We deny in forma pauperis status and dismiss the appeal for lack of jurisdiction.

Subject to exceptions not applicable here, "[a]n order remanding a case to the State court from which it was removed is not reviewable on appeal or otherwise." 28 U.S.C. § 1447(d) (2012); see E.D. ex rel. Darcy v. Pfizer, Inc., 722 F.3d 574, 579-83 (4th Cir. 2013). Because the district court's orders do not fall within any of the exceptions provided by § 1447, the orders are not appealable.

Accordingly, we deny Defendants' application to proceed in forma pauperis and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the material before this court and argument would not aid the decisional process.

DISMISSED